IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Chavers, Melvin | Case Number: 07 B 05281 |
| | Judge: Hollis, Pamela S |
| Printed: 5/20/08 | Filed: 3/23/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 7, 2008
Confirmed: November 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 26,538.06 |  |
| Secured: |  | 22,540.50 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,564.50 |
| Trustee Fee: |  | 1,433.06 |
| Other Funds: |  | 0.00 |
| Totals: | 26,538.06 | 26,538.06 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Thomas R Hitchcock | Administrative | 2,564.50 | 2,564.50 |
| 2. | EMC Mortgage Corporation | Secured | 22,509.30 | 16,722.45 |
| 3. | C & M Federal Credit Union | Secured | 19,708.57 | 3,856.78 |
| 4. | EMC Mortgage Corporation | Secured | 47,651.20 | 1,961.27 |
| 5. | Resurgent Capital Services | Unsecured | 130.71 | 0.00 |
| 6. | C & M Federal Credit Union | Unsecured | 1,921.00 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 231.78 | 0.00 |
| 8. | United Collection Bureau Inc | Unsecured | 31.45 | 0.00 |
| 9. | Wells Fargo Home Mortgage | Secured |  | No Claim Filed |
| 10. | Thomas R Hitchcock | Priority |  | No Claim Filed |
| 11. | Internal Revenue Service | Priority |  | No Claim Filed |
| 12. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 13. | Internal Revenue Service | Unsecured |  | No Claim Filed |
| 14. | F & W LLC | Unsecured |  | No Claim Filed |
| 15. | Astro Title Lenders LLC | Unsecured |  | No Claim Filed |
| 16. | MRSI | Unsecured |  | No Claim Filed |
| 17. | Green Haven Landscape & Snow | Unsecured |  | No Claim Filed |
| 18. | Friedman & Wexler LLC | Unsecured |  | No Claim Filed |
| 19. | HSBC | Unsecured |  | No Claim Filed |
| 20. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 21. | Computer Credit Service Corp | Unsecured |  | No Claim Filed |
| 22. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 23. | SBC | Unsecured |  | No Claim Filed |
| 24. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
| 25. | Fairlane Credit L.L.C. | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Chavers, Melvin | Case Number: 07 B 05281 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 5/20/08 | Filed: 3/23/07 |

26. MRSI          Unsecured                                              No Claim Filed

                                                    _____        _____
                                                    $ 94,748.51       $ 25,105.00

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 1,433.06 |
| | _____ |
| | $ 1,433.06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____